**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON D'SOUZA, et al.;<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>Honorable PATRICIA GUERRERO, in her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>　　　Defendant - Appellee. | No. 24-2537<br><br>D.C. No. 2:23-cv-08230-SVW-E<br>Central District of California, Los Angeles<br><br>ORDER |

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellants must either (1) pay to the district court the $605.00 filing and docketing fees for this appeal and file in this court proof of such payment; or (2) individually file in this court motions to proceed in forma pauperis and separate financial affidavits.

If, within 21 days after the date of this order, the filing and docketing fees remain unpaid, this appeal will be dismissed as to any appellant who has not filed a motion to proceed in forma pauperis and a completed financial affidavit. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT