T. MATTHEW PHILLIPS, ESQ.
Calif. State Bar No. 165833
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nevada 89130
Tel: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiff's Counsel*

# UNITED STATES COURT *of* APPEALS
## NINTH DISTRICT

|  |  |
|---|---|
| 1. JASON D'SOUZA<br>2. KRISTINA EISENACHER<br>3. ROB EMERT<br>4. JENNIFER GARNICA<br>5. KRISTEN JOSEPH<br>6. RHONDA REYNA<br>7. PATRICIA BOONE<br>8. MARK FIDELMAN<br>9. DAVID KING<br>10. ALISA ROTHMAN<br><br>*Plaintiffs*<br><br>vs.<br><br>HON. PATRICIA GUERRERO<br>*In Her Honor's Official Capacity as Council Chair for the Judicial Council of California*<br><br>*Defendants* | Appellate Case No. 24-2537<br>[2:23-cv-08230-SVW-E]<br><br>REQUEST *for* DISMISSAL *as to* PLAINTIFF, ALISA ROTHMAN. |

*Request for Dismissal as to Plaintiff, Alisa Rothman*, p. 1 of 2

1    REQUEST *for* DISMISSAL *as to* PLAINTIFF, ALISA ROTHMAN

3    T<small>O THE</small> C<small>LERK</small>:  Please dismiss, *without prejudice*, the entire action, including the complaint, as well as the current appeal, as to Plaintiff, A<small>LISA</small> R<small>OTHMAN</small>.

No Fee Waiver:  The court did not waive court costs or court fees in connection with this case.

Dated:  **May 5, 2024**          *Respectfully Submitted,*

*T. Matthew Phillips*
T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Telephone: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiffs' Counsel*

\*   \*   \*