UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON D'SOUZA, et al.;<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>Honorable PATRICIA GUERRERO, in her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>    Defendant - Appellee. | No. 24-2537<br><br>D.C. No. 2:23-cv-08230-SVW-E<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants' motion to dismiss a party from the appeal without prejudice (Docket Entry No. 4), is construed as a motion to dismiss with prejudice. So construed, the motion is granted. This appeal is voluntarily dismissed as to appellant Alisa Rothman only. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court as to appellant Alisa Rothman only.

The appeal remains pending as to all other parties.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator