T. MATTHEW PHILLIPS, ESQ.
Calif. State Bar No. 165833
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nevada 89130
Tel: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiff's Counsel*

## UNITED STATES COURT *of* APPEALS

## NINTH DISTRICT

|  |  |
|---|---|
| 1. **JASON D'SOUZA** | **Appellate Case No. 24-2537** |
| 2. **KRISTINA EISENACHER** | **[2:23-cv-08230-SVW-E]** |
| 3. **ROB EMERT** |  |
| 4. **JENNIFER GARNICA** | REQUEST *for* DISMISSAL *as to* |
| 5. **KRISTEN JOSEPH** | PLAINTIFF, RHONDA REYNA. |
| 6. **RHONDA REYNA** |  |
| 7. **PATRICIA BOONE** |  |
| 8. **MARK FIDELMAN** |  |
| 9. **DAVID KING** |  |
| 10. **ALISA ROTHMAN** |  |

*Plaintiffs*

**vs.**

**HON. PATRICIA GUERRERO**
*In Her Honor's Official Capacity*
*as Council Chair for the*
*Judicial Council of California*

*Defendants*

---

*Request for Dismissal as to Plaintiff, Rhonda Reyna*, p. 1 of 2

1

2

### REQUEST *for* DISMISSAL *as to* PLAINTIFF, RHONDA REYNA

3

4

5

TO THE CLERK:  Please dismiss, *without prejudice*, the entire action, including the complaint, as well as the current appeal, as to Plaintiff, RHONDA REYNA.

6

7

No Fee Waiver:  The court did not waive court costs or court fees in connection with this case.

8

9

10

Dated:  **July 1, 2024**          *Respectfully Submitted,*

11

12

13

14

_T. Matthew Phillips_

T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Telephone: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiffs' Counsel*

15

16

17

18

19

20                    *        *        *

21

22

23

24

25

26

27

28

*Request for Dismissal as to Plaintiff, Rhonda Reyna*, p. 2 of 2