1   T. MATTHEW PHILLIPS, ESQ.
2   Calif. State Bar No. 165833
3   4894 W. Lone Mountain Rd., No. 132
    Las Vegas, Nevada 89130
4   Tel: (323) 314-6996
5   TMatthewPhillips@aol.com
6   *Plaintiffs' Counsel*

7

8                 **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT *of* CALIFORNIA**

10  _____     )   **Court of Appeals No.: 24-2537**
11  **1.  JASON D'SOUZA**                 )   **[2:23-cv-08230-SVW-E]**
12  **2.  KRISTINA EISENACHER**           )
13  **3.  ROB EMERT**                     )   MOTION *for* EXTENSION *of*
    **4.  JENNIFER GARNICA**              )   TIME *to* FILE PAPER COPIES,
14  **5.  KRISTEN JOSEPH**                )   [FRAP, Rule 27.1].
15  **6.  RHONDA REYNA**                  )
16  **7.  PATRICIA BOONE**               )
    **8.  MARK FIDELMAN**                 )
17  **9.  DAVID KING**                    )
18  **10. ALISA ROTHMAN**                 )
19                                        )
            ***Plaintiffs***             )
20                                        )
21              **vs.**                   )
22                                        )
23  **HON. PATRICIA GUERRERO**            )
    ***In Her Honor's Official Capacity*** )
24  ***as Council Chair for the***       )
25  ***Judicial Council of California*** )
26                                        )
27          ***Defendants***             )
                                          )
28  _____     )

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>MOTION *for* EXTENSION *of* TIME *to* FILE PAPER COPIES</u>

<u>Please Take Notice</u>:  Plaintiffs' counsel, T. MATTHEW PHILLIPS, hereby asks the Court, *respectfully*, for an additional **ten**, (**10**), **days**—until **Aug. 10, 2024**—to file paper copies of *Appellant's Opening Brief* and *Excerpts of Record*.

<u>Court Order—(July 23, 2024)</u>:  On July 23, 2024, the Court ordered Plaintiffs' counsel to file paper copies within seven (7) days; (the due date to file the paper copies is today, July 30, 2024),

<u>Applications for Relief</u>:  Plaintiffs make this motion to obatain a 10-day time extension pursuant to FRAP 27(a)(1).

<u>Relief Sought</u>:  Plaintiffs seek an order granting them an additional **ten**, (**10**), days' leave—until **Aug. 10, 2024**—to file paper copies of their appeal, [FRAP 27(a)(2)(A)].

<u>Reason for Extension</u>:  Plaintiffs' counsel is diligent; *however*, due to unforeseen circumstances, his professional schedule is now backed-up.  Plaintiffs' counsel looks forward to immediately filing the paper copies; (out of an abundance of caution, Plaintiffs' counsel asks for 10 days).

Dated:  **July 30, 2024**                    *Respectfully Submitted*,

*T. Matthew Phillips*

T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Email:  TMatthewPhillips@aol.com
Tel:  (323) 314-6996
*Plaintiffs' Counsel.*

\*      \*      \*

*Motion for Extension of Time to File Paper Copies*, p. 2 of 3

**CERTIFICATE-OF-SERVICE**

I am an individual over the age of eighteen and not a party to the within action.  My business address is 4894 W. Lone Mtn. Rd., No. 132, Las Vegas, Nev. 89130.  My phone number is (323) 314-6996.

On **July 30, 2024,** I served the following:

**Motion for Extension of Time to File Paper Copies;**

on an interested party in the above-entitled action by

__X__ via e-mail transmission, (U.S. e-filing system)

_____ personal service on the person below listed,

_____ depositing it in the U.S. Mail, postage prepaid,

and addressed to the person below listed,

> **MATTHEW L. GREEN, Bar No. 227904**
> **BEST BEST & KRIEGER LLP**
> **655 West Broadway, 15th Floor**
> **San Diego, California 92101**
> **Telephone: (619) 525-1300**
> **Facsimile: (619) 233-6118**
> **matthew.green@bbklaw.com**

I declare under penalty of perjury under United States law, the foregoing is true and correct.

Dated: **July 30, 2024**

/s/ T. M*atthew* P*hillips*   .
Declarant

*Motion for Extension of Time to File Paper Copies,* p. 3 of 3