UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON D'SOUZA; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>Honorable PATRICIA GUERRERO, in her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>    Defendant - Appellee. | No. 24-2537<br><br>D.C. No.<br>2:23-cv-08230-SVW-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' motion to dismiss a party from the appeal without prejudice (Docket Entry No. 13), is construed as a motion to dismiss with prejudice. So construed, the motion is granted. This appeal is voluntarily dismissed as to appellant Rhonda Reyna only. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court as to appellant Rhonda Reyna only.

The appeal remains pending as to all other parties. The Clerk will file the brief submitted at Docket Entry No. 14. The answering brief is due September 3, 2024. The optional reply brief is due 21 days after service of the answering brief.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator