**Appeal No. 24-2537**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JASON D'SOUZA, et al.,

        Plaintiffs-Appellants,

v.

HON. PATRICIA GUERRERO, Chief Justice of California and Chair of the Judicial Council of California,

        Defendant-Appellee.

Appeal from the United States District Court
for the Central District of California, Western Division
Case No. 2:23-cv-08230-SVW-E
The Honorable Stephen V. Wilson

## STIPULATION TO AUGMENT RECORD WITH OMITTED TRANSCRIPT

T. Matthew Phillips, Bar No. 165833
TMatthewPhillips@aol.com
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nevada 89130
Telephone: (323) 314-6996

Attorney for Plaintiffs-Appellants
JASON D'SOUZA, KRISTINA EISENACHER, ROB EMERT, JENNIFER GARNICA, KRISTEN JOSEPH, PATRICIA BOONE, MARK FIDELMAN, and DAVID KING

Matthew L. Green, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendant-Appellee
HON. PATRICIA GUERRERO, Chief Justice of California and Chair of the Judicial Council of California

## RECITALS

WHEREAS, on April 17, 2024, Appellants Jason D'Souza, Kristina Eisenacher, Rob Emert, Jennifer Garnica, Kristen Joseph, Patricia Boone, Mark Fidelman, and David King (collectively, "Appellants") filed a notice of appeal of the district court's order granting Appellee the Honorable Patricia Guerrero ("Appellee"), the Chief Justice of California and the Chair of the Judicial Council of California's, motion to dismiss the First Amended Complaint, (2-ER-113-14; 1-ER-4);

WHEREAS, the hearing on Chief Justice Guerrero's motion to dismiss took place on March 18, 2024, at which an Official Court Reporter was present, (1-ER-4);

WHEREAS, while Appellants did not intend to order a transcript of the hearing, they never served on Appellee a statement indicating that appellant does not intend to order any transcripts under Circuit Rule 10-3(a);

WHEREAS, in light of Appellants' failure to serve said statement, Appellee did not serve on Appellant a notice that Appellee deems the transcript of the March 18, 2024, hearing necessary to the appeal under Circuit Rule 10-3(b);

WHEREAS, Appellants also did not prepare or file in the district court a G-120 Transcript Order Form or a G-126 Transcript Designation Form in accordance with Circuit Rule 10-3(c) or (d);

25508.00152\42595847.1

WHEREAS, Appellee discovered during the briefing process that Appellants did not file a G-120 Transcript Order Form or a G-126 Transcript Designation Form under Circuit Rule 10-3(d), let alone any form designating the transcript of the March 18, 2024, hearing;

WHEREAS, the March 18, 2024, hearing has not yet been transcribed, and a transcript will be required of the Court Reporter;

WHEREAS, on August 23, 2024, Appellee submitted a G-120 Transcript Order Form in the district court to order the transcript of the March 18, 2024, hearing for delivery in three calendar days; and

WHEREAS, the parties agree (1) that leave shall be granted to file a G-126 Transcript Designation Form in the district court to designate the transcript of the March 18, 2024, hearing in accordance with Circuit Rules 10-3(d)-(f), (2) that the Court Reporter shall have 30 days to prepare the transcript after both the designation form has been filed in the district court and payment arrangements have been made, and (3) that the record shall be augmented with the transcript of the March 18, 2024, hearing.

## **STIPULATION**

Under Federal Rule of Appellate Procedure 10(e)(2)(A), Appellants and Appellee hereby stipulate (1) that leave shall be granted to file a G-126 Transcript Designation Form in the district court to designate the transcript of the March 18,

2024, hearing in accordance with Circuit Rules 10-3(d)-(f), (2) that the Court Reporter shall have 30 days to prepare the transcript after both the designation form has been filed in the district court and payment arrangements have been made, and (3) that the record shall be augmented with the transcript of the March 18, 2024, hearing.

Dated:  August 26, 2024

|  |  |
|---|---|
|  | By:/s/ T. Matthew Phillips |
|  | T. MATTHEW PHILLIPS<br>Attorney for Plaintiffs-Appellants<br>JASON D'SOUZA, KRISTINA EISENACHER, ROB EMERT, JENNIFER GARNICA, KRISTEN JOSEPH, PATRICIA BOONE, MARK FIDELMAN, and DAVID KING |
| Dated:  August 26, 2024 | BEST BEST & KRIEGER LLP |
|  | By:/s/ Matthew L. Green |
|  | MATTHEW L. GREEN<br>Attorneys for Defendant-Appellee HON. PATRICIA GUERRERO, Chief Justice of California and Chair of the Judicial Council of California |

25508.00152\42595847.1

D'Souza, et al. v. Guerrero
United States Court of Appeals for the Ninth Circuit
Case No. 24-2537

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 26, 2024:

**STIPULATION TO AUGMENT RECORD WITH OMITTED TRANSCRIPT**

On the date stated below. I served the documents via CM/ECF described above on the designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

Dated:  August 26, 2024　　　　　　　　　　/s/ Lisa Atwood
　　　　　　　　　　　　　　　　　　　　　　　Lisa Atwood

25508.00152\42227303.1