

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JASON D'SOUZA; et al.,

    Plaintiffs - Appellants,

v.

Honorable PATRICIA GUERRERO, in her Honor's Official Capacity as Council Chair for the Judicial Council of California,

    Defendant - Appellee.

No. 24-2537

D.C. No. 2:23-cv-08230-SVW-E
Central District of California,
Los Angeles

ORDER

The answering brief submitted at Docket Entry No. 26 has been filed. Therefore, appellee's request (Docket Entry No. 25) to augment the record is denied as unnecessary.

The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT