# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 24-2537

**Case Name** D'Souza, et al. v. Guerrero

Hearing Location (*city*) Pasadena

Your Name Matthew L. Green

List the sitting dates for the two sitting months you were asked to review:

Feb. 3-7, 2025; Feb. 10-14, 2025; March 3-7, 2025; March 24-28, 2025

Do you have an unresolvable conflict on any of the above dates? ☒ Yes ☐ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

March 6-7, 2025, due to a family vacation, and I am the only attorney at my firm handling this matter and do not have someone to take my place at oral argument.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

☐ Yes ☒ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Matthew L. Green       **Date** September 27, 2024
(*use* "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *Rev. 12/01/2018*