# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 24-2537

**Case Name** | D'Souza, et. al. vs. Guerrero

**Hearing Location (*city*)** | Pasadena

**Your Name** | T. Matthew Phillips

List the sitting dates for the two sitting months you were asked to review:

> Oral arguments are now set for JAN 12, 2025 (9:00 a.m.) in Pasadena.

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  (x) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> N/A

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  (x) No

If yes, list the number, name, and hearing city of each of the other case(s):

> N/A

**Signature** | *T. Matthew Phillips* | **Date** | Jan. 13, 2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** | *New 12/01/2018*